UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15CR3072-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| SONIA DENISSE LOHMANN, | |
| Defendant. | |

   Upon motion of the United States of America and good cause appearing,

   IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

   IT IS FURTHER ORDERED that the bond is hereby exonerated.

   IT IS SO ORDERED.

DATED: April 13, 2016

_____
HON. CATHY ANN BENCIVENGO
United States District Judge